UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 25-12107-SPG-CTS | Date: | July 1, 2026 |
|---|---|---|---|

Title:    Clifton Walker v. Grubb and Naddler, Inc. et al

Present: The Honorable    **SHERILYN PEACE GARNETT, United States District Judge**

Patricia Gomez
Deputy Clerk                                                Court Reporter

Attorney(s) Present for Plaintiff(s):              Attorney(s) Present for Defendant(s):

**Proceedings:          (In Chambers)**
                **Order to Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before July 16, 2026,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Defendant Grubb and Nadler, Inc. did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

IT IS SO ORDERED.

CV-90 (12/02)                          **CIVIL MINUTES – GENERAL**                    Initials of Deputy Clerk: PG MO Min